UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CARLOS L. COLDON, a/k/a ]<br>ROBERT J. FROSTER ]<br>    Plaintiff, ]<br>]<br>v. ]<br>]<br>CORRECT CARE SOLUTIONS, et al. ]<br>    Defendants. ] | No. 3:10-0021<br>Judge Campbell |

## M E M O R A N D U M

The plaintiff, proceeding *pro se*, is an inmate at the Metro Davidson County Detention Facility in Nashville. He brings this action pursuant to 42 U.S.C. § 1983 against Correct Care Solutions, the provider of health care services at the Davidson County Criminal Justice Center; and unnamed members of the staff at the Criminal Justice Center; seeking damages.

The plaintiff suffered a gun shot wound that left him a paraplegic. Docket Entry No.1 at pg.12. On August 1, 2008, he was booked into the Davidson County Criminal Justice Center. The plaintiff remained there until October 27, 2008, when he was transferred to his present place of confinement. The plaintiff claims that the defendants denied him adequate medical care while he was confined at the Criminal Justice Center.

The complaint (Docket Entry No.1) was filed on January 6, 2010. The plaintiff's claims arose while he was confined at the

Davidson County criminal Justice Center from August 1, 2008 through October 27, 2008. Thus, it appears that this action is time-barred by the one year statute of limitations imposed upon civil rights claims brought in Tennessee. <u>Merriweather v. City of Memphis</u>, 107 F.3d 396, 398 (6th Cir.1997). Nothing in the complaint suggests that the statute should be tolled so as to permit the untimely filing of the complaint. The Court, therefore, concludes that the plaintiff has failed to state a claim upon which relief can be granted because this action is untimely. <u>Dellis v. Corrections Corp. of America</u>, 257 F.3d 508, 511 (6th Cir.2001)(*sua sponte* dismissal of an untimely prisoner complaint is appropriate). Under such circumstances, the Court is obliged to dismiss the complaint. 28 U.S.C. § 1915(e)(2).

An appropriate order will be entered.

_____
Todd Campbell
United States District Judge